Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas
_____ Division

United States Courts
Southern District of Texas
FILED
*5/13/2025*
Nathan Ochsner, Clerk of Court

Case No. _____
(to be filled in by the Clerk's Office)

**DENETTA R. WILLIAMS**
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**SEE ATTACHED**
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

ATTACHMENT 1

**DEFENDANTS**

1. **CHRISTIAN BECERRA**
2. **ARGIE BRAME**
3. **TIFFANY NEWELL**
4. **LENA SMITH**
5. **KRISTEN MALONE**
6. **JUDY DAE**
7. **RICK GARCIA**
8. **ANGIE HANAN**
9. **SHIRLEY ROSE- GILLIAM**
10. **JONATHAN BRUSH**
11. **BEVERLEY MCGREW-WALKER**
12. John Oldham
13. Fort Bend County, Texas
14. Rogers, Morris & Grover, LLP
15. Christie Whitbeck
16. Robert Scamardo

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DENETTA R. WILLIAMS |
| Address | 4931 E RIDGECREEK |
| City | HOUSTON |
| State | TX |
| Zip Code | 77053 |
| County | FORT BEND |
| Telephone Number | 8325449498 |
| E-Mail Address | denettawilliams@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ARGIE BRAME |
| Job or Title (if known) | ASSOCIATE DISTRICT JUDGE |
| Address | RT1422 EUGENE HEIMANN CIRCLE COURTROOM # 3 I |
| City | RICHMOND |
| State | TX |
| Zip Code | 77469 |
| County | FORT BEND |
| Telephone Number | 281-341-4457 |
| E-Mail Address (if known) | UNKNOWN |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CHRISTIAN BECERRA |
| Job or Title (if known) | DISTRICT JUDGE |
| Address | 1422 EUGENE HEIMANN CIRCLE COURTROOM 3 I |
| City | RICHMOND |
| State | TX |
| Zip Code | 77469 |
| County | FORT BEND |
| Telephone Number | 281-633-7653 |
| E-Mail Address (if known) | 434DC@fortbendcountytx.gov |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3
- Name: LENA SMITH
- Job or Title *(if known)*: COURT COORDINATOR
- Address: 1422 EUGENE HEIMANN CIRCLE COURTROOM # 3 I
  - City: RICHMOND
  - State: TX
  - Zip Code: 77469
- County: FORT BEND
- Telephone Number: (281) 341-4457
- E-Mail Address *(if known)*: lena.smith@fortbendcountytx.gov

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
- Name: TIFFANY NEWELL
- Job or Title *(if known)*: CERTIFIED COURT REPORTER
- Address: 1422 EUGENE HEIMANN CIRCLE COURTROOM # 2E
  - City: RICHMOND
  - State: TX
  - Zip Code: 77469
- County: FORTBEND
- Telephone Number: (281) 238-3298
- E-Mail Address *(if known)*: tiffany.newell@fortbendcountytx.gov

☐ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The plaintiff asserts that her to due process and equal protection under the 14th amendment were willfully violated by the defendants.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ATTACHMENT 2

**Defendant No. 5**

| | |
|---|---|
| Name | **KRISTEN MALONE** |
| Job or Title | **Former School Board President** |
| Address | **2123 Fountain Valley Court** |
| | **Missouri City, Texas 77459** |
| County | **Fort Bend** |
| | **OFFICIAL CAPACITY** |

**Defendant No.6**

| | |
|---|---|
| Name | **JUDY DAE** |
| Job or Title | **Former School Board Vice President** |
| Address | **34 Hessenford Street** |
| | **Sugar land, Texas 77479** |
| County | **Fort Bend** |
| | **OFFICIAL CAPACITY** |

**Defendant No. 7**

| | |
|---|---|
| Name | **SHIRLEY ROSE-GILLIAM** |
| Job or Title | **School Board Trustee** |
| Address | **3011 Bonney Briar Drive** |
| | **Missouri City, Texas 77459** |
| County | **Fort Bend** |

| | |
|---|---|
| Telephone Number | (281) 799-5065 |
| | **OFFICIAL CAPACITY** |

**Defendant No.8**

| | |
|---|---|
| Name | Jonathan Brush |
| Job or Title | Attorney |
| Address | 1507 Droxford Drive |
| | Houston, Texas 77008 |
| County | Harris |
| Telephone Number | (713) 960-6000 |
| | **INDIVIDUAL CAPACITY** |

**Defendant No. 9**

| | |
|---|---|
| Name | Beverley McGrew Walker |
| Job or Title | District Clerk |
| Address | 1422 Eugene Heimann Circle |
| | Richmond, Texas 77469 |
| County | Fort Bend |
| Telephone Number | (281) 342-3411 |
| | **OFFICIAL CAPACITY** |

**Defendant No. 10**

| | |
|---|---|
| Name | Angie Hanan |
| Job or Title | School Board Trustee |
| Address | 903 Goldfinch |
| | Sugar land, Texas 77479 |

| County | **FORT BEND** |
|---|---|
| Telephone Number | (281) 460-0330 |
| | **OFFICIAL CAPACITY** |

11. Fort Bend County
    401 Jackson Street, 3rd Floor
    Richmond, TX 77469
    (281) 341.4555

12. Rogers, Morris & Grover
    5718 Westheimer
    Houston, Texas 77057
    (713) 960.6000

13. John Oldham
    3730 Bamore Road
    Rosenberg, Texas 77471
    (281) 342.3411

14. Christie Whitbeck

15. Robert Scamardo

16. Rick Garcia

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
           SEE ATTACHMENT IIIC

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

           1422 EUGENE HEIMANN CIRCLE
           RICHMOND, TEXAS 77469

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

           MAY 5, 2023

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

           SEE ATTACHMENT IIIC

ATTACHMENT III C

## STATEMENT OF FACTS

1. November 3, 2020, the plaintiff was elected to serve the full term of Fort Bend Independent School District Board of Trustee Position 5.

2. November 16, 2020, the plaintiff was sworn into office to serve the full term of the office.

3. Lena Smith, coconspirator, under the color of law, placed the matter on the kangaroo court's docket for May 5, 2023, knowing the defendants were not legally served notice of the litigation or hearing.

4. Associate Judge Argie Brame, coconspirator, presided over the hearing knowing she was statutorily disqualified, the defendants had not been legally served notice of the lawsuit or the Temporary Restraining Order hearing.

5. Associate Judge Argie Brame allowed Jonathan Brush to represent the district regarding the TRO knowing the district did not hire him to act as such.

6. Associate Judge Argie Brame allowed Jonathan Brush to argue a plea to the jurisdiction knowing the defendants were not legally served hence their absence from the hearing.

7. Argie Brame, acting under the color of law, denied Jonathan Brush's plea to jurisdiction in open court.

8. Argie Brame, acting under the law, upon my departure from the courtroom, granted Brush's plea to the jurisdiction.

9. May 6, 2023, John Oldham, coconspirator, under the color of law proceeded with the ultra vires election for profit.

10. The plaintiff was defeated in the school board election by Sonya Jones. However, Judge Argie Brame and Christian Becerra's friends, coconspirators Shirley Rose-Gilliam and Angie Hanan won their reelection contest.

11. May 8, 2023, Judge Christian Becerra, coconspirator, acting under the color of law, knowing he was statutorily disqualified from presiding over the contest, willingly signed off on the order with a complete disregard for its falsity.

12. May 11, 2023, the plaintiff filed an election contest and inability to pay costs with the District Clerk's Office.

13. Beverley McGrew Walker, coconspirator, acting under the color of law, knowingly accepted the falsified order.

14. May 16, 2023, the plaintiff requested a copy of the transcripts from the official court reporter of the 434th District Court, Rhonda Colgin.

15. May 22, 2023, Rhonda Colgin referred the plaintiff to coconspirator, Tiffany Newell.

16. Tiffany Newell, coconspirator, under the color of law, denied the plaintiff's request for the transcripts knowing she did not have the authority to act in such capacity.

17. Coconspirators Judy Dae, Kristen Malone, Shirley Rose-Gilliam, Angie Hanan, and Rick Garcia, under the color of law, conspired to misuse the taxpayer's funds to pay Jonathan Brush to violate the plaintiff's civil rights.

18. Coconspirators Judy Dae, Kristen Malone, Shirley Rose-Gilliam, Angie Hanan, and Rick Garcia, did not have the authority to reduce the term of my office.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered financial and emotional distress, loss of profession and loss of income.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE ATTACHMENT V

ATTACHMENT V

## COUNT 1:14thAMENDMENT, 42U.S.C. 1983

### CIVIL CONSPIRACY

1. All facts asserted in the complaint are realleged and incorporated as if fully set forth herein.

2. May 5,2023, Defendants willfully agreed to unlawfully deny the plaintiff access to fair and impartial tribunal because of her race.

3. Coconspirator Tiffany Newell willfully refused to provide the plaintiff a copy of the transcripts needed to appeal the ultra vires ruling from the Kangaroo Court.

4. Coconspirators, Judy Dae, Kristen Malone, Shirley Rose-Gilliam, Angie Hanan and Rick Garcia conspired to divert taxpayer's funds to coconspirator, Jonathan brush for his willingness to unlawfully appear before the Kangaroo Court in their defense.

## COUNT 2: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

1. All the facts inserted in the complaint and the statements incorporated in Count 1, as though fully set forth herein.

2. As a proximate result of the Defendants' deliberately indifferent, shocking and oppressive acts and/or omissions as alleged throughout this entire complaint, Defendants caused the Plaintiff to suffer severe distress, thereby harming the Plaintiff.

3. Fort Bend County is responsible for the acts of their public employees, the individual Defendants herein, for conduct and/or omissions herein alleged, pursuant to the doctrine of Respondeat Superior.

4. Tiffany Newell willfully and unlawfully denied the plaintiff the right to apply a sworn affidavit filed with the clerk in the civil matter before the court.

5. Christian Becerra, for profit, signed the order to dispose of the plaintiff's complaint with prejudice knowing the plaintiff was denied equal protection and due process under the 14th Amendment.

The plaintiff is requesting monetary relief of $15,000,000.00, for actual and punitive damages caused by the defendants' collective effort to violate my constitutional rights which caused me to suffer emotional and financial distress. The Defendants actions caused loss to my reputation which resulted in the loss of my business. Plaintiff further requests the court to declare May 6. 2023, school board election ultra vires.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/05/2025

Signature of Plaintiff  *Denetta R. Williams*

Printed Name of Plaintiff  DENETTA R. WILLIAMS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*  *State*  *Zip Code*

Telephone Number
E-mail Address